# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION
### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| FANNIE L. KELSO, | ) |
| Plaintiff, | ) |
| vs. | ) No. 05-1071-CV-W-SOW |
| MICHAEL O. LEVITT, | ) |
| Defendant. | ) |

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___**X**___ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

ORDERED that plaintiff's Motion to Reverse the September 2, 2005 Final Decision of the Medicare Appeals Council (Doc. # 6) is denied. The decision of the MAC is affirmed. The Secretary is entitled to recover $6,278.69 from plaintiff.

| | |
|---|---|
| April 26, 2006 | P. J. Brune |
| Date | Clerk |
| | /s/ K. McIlvain |
| | Deputy Clerk |